```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

2005 AUG 12 P 3: 49

CLERK, U.S. DIST. COURT
EASTERN          CALIF
BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 1:05CR221 AWI |
| Plaintiff, ) | ORDER TO UNSEAL SECOND SUPERSEDING INDICTMENT |
| v. ) | |
| ELIAS MENDOZA, ) | |
| Defendant. ) | |

The second superseding indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret as to ELIAS MENDOZA.

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

Dated: August 12, 2005

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge

1